IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CANADIAN TROPHY QUEST, LTD.                                              PLAINTIFF

V.                             Case No. 07-CV-4099

CABELA'S INCORPORATED and
CABELA'S OUTDOOR ADVENTURES, INCORPORATED                 DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant Cabela's Outdoor Adventures, Inc. ("COA"). (Doc. 21). Plaintiff has responded. (Doc. 30). COA has filed a reply to Plaintiff's response. (Doc. 40). For reasons discussed in the Memorandum Opinion of even date, Separate Defendant COA's Motion to Dismiss is **DENIED**. **Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Separate Defendant COA shall file its answer within ten days of the date of this order.**

In a previous order filed August 25, 2008, the Court stayed all discovery in this matter until it ruled on COA's Motion to Dismiss. Having issued a ruling on the Motion to Dismiss, the Court lifts the stay on all discovery in this matter.

**IT IS SO ORDERED**, this 8th day of September, 2008.

                                                      /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    United States District Judge